———o———

ALLEN B. LANGSHORE, Respondent, *vs.* HENRY C. KELSO, *et al.*, Appellants.

1. Judgment affirmed.  See Ross vs. Murphy, *ante,* p. 372.

*Appeal from Caldwell Circuit Court.*

*James McFerran* for Appellants.

*Low & Dilley*, for Respondent.

SHERWOOD, Judge, delivered the opinion of the court,

The same point is involved in this case as in that of Ross vs. Murphy, decided at the present term.

Judgment reversed, and cause remanded.  Judge Vories dissents.  The other judges concur.